United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                         Case No. 18-12991-amc
Edward C McIntyre, III                                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 4
Date Rcvd: Jan 17, 2023            Form ID: pdf900            Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward C McIntyre, III, 22202 Delaire Landing Road, Philadelphia, PA 19114-5207 |
| 14646022 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14101413 | + | Apothaker & Associates, P.C., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14101414 | | Aria Health, PO Box 829811, Philadelphia, PA 19182-9811 |
| 14558482 | + | FREEDOM MORTGAGE CORPORATION, c/o Rebecca Solarz,Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14646581 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14415366 | | Freedom Mortgage Corporation,, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14101424 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14101428 | + | Margaret McIntyre, 2611 E Clearfiled Street, Philadelphia, PA 19134-5005 |
| 14101434 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14101439 | + | Stock & Grimes, LLP, 508 Prudential Road, Suite 200-B, Horsham, PA 19044-2309 |
| 14101447 | + | Wf/raymour & Flaniga, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2023 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14111031 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 18 2023 04:28:07 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14162797 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:07 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162625 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 04:28:07 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14101415 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-12991-amc    Doc 51    Filed 01/19/23    Entered 01/20/23 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14117668 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2023 04:28:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| | | | Jan 18 2023 04:28:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14101416 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 04:28:09 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14101417 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14102390 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14101419 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2023 04:28:10 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14101420 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 04:28:07 | Cw Nexus Credit Card, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 14105443 | | Email/Text: mrdiscen@discover.com | Jan 18 2023 04:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14101421 | + | Email/Text: mrdiscen@discover.com | Jan 18 2023 04:22:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14101422 | + | Email/Text: bknotice@ercbpo.com | Jan 18 2023 04:22:00 | ERC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 14558404 | ^ | MEBN | Jan 18 2023 04:22:03 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14101423 | | Email/Text: data_processing@fin-rec.com | Jan 18 2023 04:22:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14646023 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2023 04:22:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14104699 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2023 04:22:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14101425 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2023 04:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14101426 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 18 2023 04:22:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14162641 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:10 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14101427 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:07 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14293771 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 18 2023 04:22:00 | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14163809 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 18 2023 04:22:00 | Freedom Mortgage Corporation, c/o McCalla, Raymer, Leibert ,Pierce, LL, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14101432 | ^ | MEBN | Jan 18 2023 04:22:02 | MRS Associates, 1930 Olney Drive, Cherry Hill, NJ 08003-2016 |
| 14101429 | ^ | MEBN | Jan 18 2023 04:21:57 | Mercantile Adjustment Bureau, LLC, P.O. Box 9055, Williamsville, NY 14231-9055 |
| 14101430 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2023 04:22:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14101431 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2023 04:22:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14112693 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2023 04:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14121755 | | Email/PDF: cbp@onemainfinancial.com | Jan 18 2023 04:28:12 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14101433 | + | Email/PDF: cbp@onemainfinancial.com | Jan 18 2023 04:28:07 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14101435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:07 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14101436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:10 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14162076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14102100 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 18 2023 04:28:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14101438 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:10 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14101441 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:09 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14101442 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:07 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14101443 | | Email/Text: bncmail@w-legal.com | Jan 18 2023 04:22:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14101444 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 18 2023 04:28:10 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14101446 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 18 2023 04:22:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14123194 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 18 2023 04:28:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14101418 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14416019 | * | Freedom Mortgage Corp., c/o Robert J. Davidow, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14101437 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14271506 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14101445 | *+ | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14101412 | ##+ | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |
| 14101440 | ## | Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 57 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

**Name**          **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Edward C McIntyre  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

ROBERT J. DAVIDOW
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EDWARD C MCINTYRE, III | Chapter 13 |
| Debtor | Bankruptcy No. 18-12991-AMC |

# O R D E R

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: January 17, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
EDWARD C MCINTYRE, III

22202 DELAIRE LANDING ROAD

PHILADELPHIA, PA 19114