# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward C. McIntyre III<br>                               **Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>                               **Movant**<br><br>vs.<br><br>**Edward C. McIntyre III**<br>                               **Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>                               **Trustee** | BK NO. 18-12991 AMC<br><br>Chapter 13<br><br>Related to Claim No. 18 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Edward C. McIntyre III
22202 Delaire Landing Road
Philadelphia, PA 19114

<u>Attorney for Debtor(s)</u>
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:   electronic means or first class mail

Dated: <u>November 9, 2022</u>

                                                          **/s/Brian C. Nicholas Esquire**
                                                          Brian C. Nicholas Esquire
                                                          Attorney I.D. 317240
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          201-549-5366
                                                          bnicholas@kmllawgroup.com